# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jermaine Wilson, et al.

                          Plaintiff,

v.                                            Case No.: 1:14–cv–08347

                                            Honorable John Z. Lee

City of Evanston, Illinois

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 5/15/18. Defendant's motion to clarify, modify or vacate March 22, 2018, order [99] is granted in part. The Court finds that the arrestees whose property were inventoried after 2/18/16 ("the recent arrestees"), when the City changed its policy and has retained the property items, are not included in the classes that were certified on 8/30/17. To the extent that Plaintiff wishes to file an amended complaint addressing these individuals, he may do so by 6/26/18. The City should provide notice to the recent arrestees by 6/12/18 that they may still retrieve their items. Defendant should provide Plaintiff's counsel with the identities of the recent arrestees and the dates of their arrest by 6/12/18. Defendant's motion to extend time to comply with the court ordered discovery [105] is denied as moot. Status hearing set for 7/12/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.