UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jermaine Wilson, et al.
                        Plaintiff,

v.                                                 Case No.: 1:14–cv–08347
                                                       Honorable John Z. Lee

City of Evanston, Illinois
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 12, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 7/12/18. Defendant Rule 26(a)(2) expert disclosures shall be due by 8/13/18; that expert should be deposed by 9/28/18. Status hearing set for 10/9/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.