**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Jermaine Wilson, et al.
        Plaintiff,

v.               Case No.: 1:14−cv−08347
                Honorable John Z. Lee

City of Evanston, Illinois
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

   MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 7/23/19. For the reasons stated on the record, Defendant's motion to clarify and file a sur reply to Plaintiff's motion to bar or to limit the proposed expert testimony [126] is granted in part and denied in part. Defendant's response to Plaintiffs' motion to reconsider [124] shall be due by 8/26/19; reply due by 9/2/19. Status hearing set for 10/17/19 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.