# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jermaine Wilson, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:14−cv−08347
                                                            Honorable John Z. Lee

City of Evanston, Illinois
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 23, 2019:


    MINUTE entry before the Honorable John Z. Lee:Status hearing held on 10/23/19. Plaintiff's response to Defendant's motion for reconsideration [133] is due by 11/6/19; reply due by 11/15/19. The Court will set another status when the ruling is issued. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.