# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Jermaine Wilson, et al.
                              Plaintiff,

v.                                                    Case No.: 1:14−cv−08347
                                                      Honorable John Z. Lee

City of Evanston, Illinois
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 29, 2020:


MINUTE entry before the Honorable John Z. Lee:Defendant's motion for reconsideration [133] is granted in part and denied in part. The motion is granted to the extent that the Court once again clarifies, as it did at the October 23, 2019 status hearing, that the September 25, 2019 order only excludes those proposed expert opinions that were expressly addressed in that order. The remainder of the reconsideration motion is denied, however. Defendant challenges the Court's conclusion that testimony on whether EPD's procedures meet national standards is not relevant to Plaintiffs' procedural−due−process claim by merely citing two district court cases where parties either used, or attempted to use, similar testimony regarding similar claims. This is not remotely enough to establish a "manifest error[] of law or fact" as needed to warrant reconsideration. Bank of Waunakee v. Rochester Cheese Sales, 906 F.2d 1185, 1191 (7th Cir. 1990).Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.